**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MICHAEL MARINI, | ) |
| Plaintiff, | ) Case No: 2:24-cv-13484-LVP-EAS |
| v. | ) Hon. Linda V. Parker |
| CAPITAL ONE, N.A., | ) Magistrate Judge Elizabeth A. Stafford |
| Defendant. | ) |

**STIPULATED DECLARATORY JUDGMENT
AND DISMISSAL OF REMAINING CLAIMS**

This matter comes before the Court on the Parties' Agreed Motion for entry of this Stipulated Declaratory Judgment and Dismissal of Remaining Claims, due notice having been given, and the Court being fully advised in the premises, Plaintiff Michael Marini ("Plaintiff" or "Mr. Marini") and Defendant Capital One, N.A. ("Defendant" or "Capital One") stipulate as follows:

A. As a result of this action, the Parties now stipulate that the Capital One credit card account, designated by account number ending -0179 in Plaintiff's name, (the "Account") that is the subject of this action does not belong to, and never has belonged to, Mr. Marini;

B. The Parties agree that the Court should enter a declaratory judgment by stipulation, declaring that the Account does not belong to, and has never belonged to, Plaintiff; and

    C.    The Parties agree that the Court should dismiss Mr. Marini's remaining claims and requests for relief with prejudice and terminate these proceedings.

Therefore, based on the stipulation of the Parties, the Court enters judgment as follows:

    1.    The Court declares that the Account does not belong to, and never has belonged to, Mr. Marini;

    2.    The Court dismisses all other claims and requests for relief contained in Plaintiff's Complaint with prejudice, without award of costs, fees, or sanctions; and

    3.    This is a final judgment, terminating these proceedings.

**IT IS SO ORDERED.**

                                      s/ Linda V. Parker
                                      LINDA V. PARKER
                                      U.S. DISTRICT JUDGE

Dated: November 25, 2025

**STIPULATED BY:**

Dated: November 25,  2025

By: /s/ Ian Lyngklip
Ian B. Lyngklip P47173
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
13751 West 11 Mile Road
Oak Park, Michigan 48237
Ph. (248) 208-8864
Ian@ConsumerLawyers.com
*Attorney for Plaintiff Michael Marini*

Dated: November 25, 2025

By: /s/ Jeff Pilgrim
Jeff Pilgrim
Pilgrim Christakis LLP
One South Dearborn St., Suite 1420
Chicago, Illinois 60603
Ph. (312) 939-0923
jpilgrim@pilgrimchristakis.com
*Attorney for Defendant Capital One, N.A.*

3